# United States Court of Appeals
## For the First Circuit

No. 25-1258
    25-1265

THE CITY OF BOSTON; THE BOSTON PUBLIC HEALTH COMMISSION; THE
BOSTON HOUSING AUTHORITY,

Plaintiffs, Appellants/Cross-Appellees,

v.

OPTUMRX, INC.,

Defendant, Appellee/Cross-Appellant,

EXPRESS SCRIPTS, INC.; EXPRESS SCRIPTS ADMINISTRATORS, LLC,
d/b/a Express Scripts, f/k/a Medco Health, LLC; MEDCO HEALTH
SOLUTIONS, INC., f/k/a Merck-Medco Managed Care LLC; EXPRESS
SCRIPTS PHARMACY, INC.; ESI MAIL ORDER PROCESSING, INC.; ESI
MAIL PHARMACY SERVICE, INC.; OPTUMINSIGHT, INC.; OPTUMINSIGHT
LIFE SCIENCES, INC.; UNITEDHEALTH GROUP INCORPORATED,

Defendants, Appellees.

**ERRATA SHEET**

The majority opinion of Judge Lynch, issued on March 2, 2026,
is amended as follows:

On page 3, line 19, replace "PBM's" with "PBMs'".